UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANKLIN, ss.                                                          Civil Action
                                                                       No. 14cv30181-MAP;

| | |
|---|---|
| MATTHEW KATZ,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MAJ. GEN. L. SCOTT RICE | )<br>) |
|     Defendant. | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL UNDER
## FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(A)(1)(A)(I)

    Now comes Matthew Katz, Plaintiff in the above captioned action, and respectfully requests that this Honorable Court dismiss this action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i) without prejudice. This case is moot because the Defendant has agreed to give Plaintiff the review he sought by his complaint. Therefore, the parties have settled and disposed of this matter out of court and the case is now unnecessary.

Respectfully submitted,

MATTHEW KATZ

By his attorney,

_____
James Ostendorf, Esq.
BBO #687579
NEW ENGLAND LAW GROUP PC
63 Brookside Ct.
Seekonk, MA 02771
Telephone: (401) 316-0007
Fax: (508) 297-8566
E-mail: James.Ostendorf@lawgroupne.com

Dated: March 20, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be send electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: <u>March 20, 2015</u>

James Ostendorf, Esq.
BBO #687579
New England Law Group, P.C.